### JOE HAILE v. THE STATE.

No. 18095. Delivered April 1, 1936.
Rehearing Denied June 24, 1936.

The opinion states the case.

*Parker & Parker*, of Comanche, and *Albert J. Baskin*, of Fort Worth, for appellant.

*Lloyd W. Davidson*, State's Attorney, of Austin, for the State.

LATTIMORE, JUDGE.—Conviction for assault to murder; punishment, ten years in the penitentiary.

This case is a companion case to that of Louie Haile v. State, Cause No. 18096, opinion in which is this day handed down (page 17 of this volume). The testimony appears to be

an exact copy of that in the companion case. The bill of exceptions complaining of the refusal of appellant's motion to quash the indictment, is also identical. We have examined the bill of exceptions in this case complaining of argument of the attorney employed to assist the State, and are of opinion that what was said is not of such character as to call for a reversal.

The judgment is affirmed.

*Affirmed.*

MORROW, P. J., absent.

### ON MOTION FOR REHEARING.

HAWKINS, JUDGE.—This a companion case to Cause No. 18096, Louie Haile v. State, this day handed down. The facts and procedure appearing and complained of in this case being identical with those set up in the case referred to, reasons for our conclusion here will be found by reference to our opinion in that case. For the reasons therein stated, the motion for rehearing herein is overruled.

*Overruled.*